IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Amerteen

Printed: 4/29/08

Case Number: 07 B 22021
Judge: Hollis, Pamela S
Filed: 11/23/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: March 19, 2008
Confirmed: March 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,325.64 |  |
| Secured: |  | 1,238.73 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 950.15 |
| Trustee Fee: |  | 136.76 |
| Other Funds: |  | 0.00 |
| Totals: | 2,325.64 | 2,325.64 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dollie I Warren-Reed | Administrative | 3,350.00 | 950.15 |
| 2. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 6. | Nuvell Credit Company LLC | Secured | 18,378.08 | 1,238.73 |
| 7. | Wells Fargo Home Mortgage | Secured | 1,002.01 | 0.00 |
| 8. | Citi Residential Lending | Secured | 9,102.24 | 0.00 |
| 9. | Merrick Bank | Unsecured | 2,789.93 | 0.00 |
| 10. | Capital One | Unsecured | 729.01 | 0.00 |
| 11. | Nuvell Credit Company LLC | Unsecured | 309.57 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 705.76 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 945.13 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 13,448.16 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 904.74 | 0.00 |
| 16. | Capital One | Unsecured | 1,147.06 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 668.36 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 398.04 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,719.02 | 0.00 |
| 20. | Chase Bank | Unsecured | 4,166.63 | 0.00 |
| 21. | World Financial Network Nat'l | Unsecured | 413.29 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 638.82 | 0.00 |
| 23. | Cbe Group | Unsecured |  | No Claim Filed |
| 24. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 25. | Nicor Gas | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Amerteen | Case Number:  07 B 22021 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/29/08 | Filed:  11/23/07 |

```
                                         _____          _____
                                         $ 60,815.85         $ 2,188.88
             TRUSTEE FEE DETAIL
                        Fee Rate          Total Fees
                         5.4%                70.71
                         6.5%                66.05
                                          _____
                                           $ 136.76
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    */s/ Mack* _____